IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01344-RM-NRN

IMPACCT, LLC, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.
BANK OF AMERICA, N.A.,
WELLS FARGO BANK, N.A.,
BANK OF OKLAHOMA, N.A., and
KEYBANK N.A.,

      Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ImpAcct, LLC and Defendants JPMorgan Chase Bank, N.A., Bank of America, N.A., Wells Fargo Bank, N.A., BOKF NA (formerly known as Bank of Oklahoma, N.A.), and KeyBank, N.A. hereby stipulate and agree that this action be dismissed with prejudice, with each party to bear its own fees and costs.

[*Signatures appear on following page*]

Dated:  January 13, 2021

| | |
|---|---|
| */s/ James F. McDonough, III* | */s/ Patrick G. Compton* |
| James F. McDonough, III | Christopher M. Viapiano |
| HENINGER GARRISON DAVIS, LLC | SULLIVAN AND CROMWELL LLP |
| 3621 Vinings Slope, Ste. 4320 | 1700 New York Ave., N.W., Suite 700 |
| Atlanta, GA  30339 | Washington, DC  20006-5215 |
| (404) 996-0869 | (202) 956-7500 |
| jmcdonough@hgdlawfirm.com | viapianoc@sullcrom.com |
| | |
| Michael E. Adler | Patrick G. Compton |
| GRAYLAW GROUP, INC. | BALLARD SPAHR LLP |
| 26500 Agoura Rd., #102-127 | 1225 17th Street, Suite 2300 |
| Calabasas, CA  91302 | Denver, CO  80202-5596 |
| (818) 532-2833 | (303) 454-0521 |
| meadler@graylawinc.com | comptonp@ballardspahr.com |
| | |
| *Attorneys for Plaintiff ImpAcct LLC* | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| | |
| */s/ Christopher M. McLaughlin* | */s/ Naomi G. Beer* |
| Tracy K. Stratford | Naomi G. Beer |
| Christopher Michael McLaughlin | John A. Wharton |
| JONES DAY | GREENBERG TRAURIG LLP |
| 901 Lakeside Avenue | 1144 15th St., Suite 3300 |
| Cleveland, OH  44114 | Denver, CO  80202 |
| (216) 586-3939 | (303) 572-6500 |
| tkstratford@jonesday.com | beern@gtlaw.com |
| cmmclaughlin@jonesday.com | whartonj@gtlaw.com |
| | |
| Michael Peter Conway | *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |
| JONES DAY | |
| 77 West Wacker, Suite 3500 | |
| Chicago, IL  60601-1692 | |
| (312) 269-4145 | |
| mconway@jonesday.com | |
| | |
| David Cameron Walker | |
| BROWN DUNNING WALKER FEIN PC | |
| 2000 South Colorado Boulevard | |
| Tower II, Suite 700 | |
| Denver, CO  80222 | |
| (303) 329-3363 | |
| dwalker@bdwfirm.com | |
| | |
| *Attorneys for Defendant KeyBank N.A.* | |

-3-

| | |
|---|---|
| */s/ Frederic Dorwart* | */s/ Jesse T. Smallwood* |
| Frederic Dorwart | James D. Kilroy |
| J. Michael Medina | SNELL & WILMER L.L.P. |
| Sarah W. Poston | 1200 Seventeenth Street, Suite 1900 |
| FREDERIC DORWART, LAWYERS PLLC | Denver, CO  80202 |
| Old City Hall | (303) 634-2000 |
| 124 East Fourth Street | jkilroy@swlaw.com |
| Tulsa, OK  74103-5010 | |
| (918) 583-9922 | Gregory J. Marshall |
| fdorwart@fdlaw.com | SNELL & WILMER L.L.P. |
| mmedina@fdlaw.com | 400 E. Van Buren Street, Suite 1900 |
| sposton@fdlaw.com | Phoenix, AZ  85004 |
| | (602) 382-6000 |
| *Attorneys for Defendant BOKF NA (fka Bank of Oklahoma, N.A.)* | gmarshall@swlaw.com |
| | Enu A. Mainigi |
| | Kenneth C. Smurzynski |
| | Craig D. Singer |
| | Jesse T. Smallwood |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| | Washington, DC  20005 |
| | Telephone: (202) 434-5000 |
| | emainigi@wc.com |
| | ksmurzynski@wc.com |
| | csinger@wc.com |
| | jsmallwood@wc.com |
| | *Attorneys for Defendant Bank of America, N.A.* |